UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-46549 |
|---|---|
|    CLIFFORD BOSTEDER | (Chapter 13) |
|    KATHY BOSTEDER | |
|                               Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4088541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,017 | ROBIN A RUSSELL/NANCY L WELLS<br>% CHARLES M BLUE<br>401 EAST STROOP RD<br>KETTERING, OH  45429 | 236.38 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/11/2011

Certificate of Service  05-46549

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CLIFFORD BOSTEDER<br>KATHY BOSTEDER<br>2324 E. RAHN ROAD<br>KETTERING, OH  45440 | SCOTT A KRAMER<br>2275 MIAMISBURG-CENTERVILLE RD<br>SUITE 400<br>DAYTON, OH  45459 | (22.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 |
| (23.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | (10017.1)<br>ROBIN A RUSSELL/NANCY L WELLS<br>% CHARLES M BLUE<br>401 EAST STROOP RD<br>KETTERING, OH  45429 | |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv